WHEELER *vs.* SHED.

The action of general *indebitatus assumpsit,* is an equitable action, and the plain-tiff can, in no case, recover more than he is in equity and good conscience en-titled to.

THIS was an action of *indebitatus assumpsit,* for use and occu-pation.

Plea—*the general issue.*

On trial to the jury, it appeared in evidence, that one Downs, who was the owner of the premises, had mortgaged the same to A. and B. of Boston ; the time of payment had expired. An action of ejectment had been brought by A. and B. on their mortgage against Downs, in the Circuit Court of the United States. Pending that action of ejectment, on the 15th day of March, 1811, Downs leased

the premises to the plaintiff for one year.    And on the same day, *Rutland,* *February.* the plaintiff leased the premises to the defendant for one year, at a *1814* rent of $54, and the defendant went into possession.

In the month of May following, A. and B. obtained judgment in their action of ejectment against Downs; took out a writ of possession; and on the second day of June following, the defendant was by that writ put out of possession.

*Wheeler*
*vs.*
*Shed.*

CHIPMAN, Ch. J. directed the jury, that in this, which was an equitable action, they should find for the plaintiff so much, and so much only, as the defendant ought in equity to pay for the use and occupation of the premises, while in possession.    That as the defendant had been put out of possession, by a title prior to that of the plaintiff, and an end put to his occupation of the premises, the plaintiff could make no demand for the use of the premises thereafter.

And that they might, and ought also to consider, whether, as the defendant had been thus turned out of possession; and that, after it must be supposed he had made preparation for crops, which he could neither reap nor enjoy, the occupation which he had under the plaintiff, was on the whole beneficial to the defendant.    And that, if they found that, under all the circumstances, the defendant had received no benefit from the occupation of the premises; the plaintiff was not entitled to recover.

Verdict for the defendant.